RECEIVED
IN MONROE, LA

APR 1 4 2008

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| CLAY R. BOYD AND<br>CODY W. BOYD | CIVIL ACTION NO. 07-1984 |
| | JUDGE ROBERT G. JAMES |
| VERSUS | |
| | MAG. JUDGE KAREN L. HAYES |
| SOUTHERN NATIONAL LIFE<br>INSURANCE COMPANY, INC. | |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the motion for partial summary judgment (Doc. #7) is hereby **GRANTED** and judgment entered in favor of the movant as to the following issues: (1) the plan in this case is governed by ERISA; (2) the plan does not vest Southern with discretionary authority; and (3) ERISA preempts all of the plaintiffs' state law claims.

THUS DONE AND SIGNED this 14 day of April, 2008, in Monroe, Louisiana.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE