RECEIVED
IN MONROE, LA
OCT 3 - 2008
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| CLAY R. BOYD AND CODY W. BOYD | CIVIL ACTION NO. 07-1984 |
| VERSUS | JUDGE ROBERT G. JAMES |
| SOUTHERN NATIONAL LIFE INSURANCE COMPANY, INC. | MAG. JUDGE KAREN L. HAYES |

# J U D G M E N T

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

IT IS ORDERED, ADJUDGED, AND DECREED that judgment be, and it is hereby entered in favor of defendant, SOUTHERN NATIONAL LIFE INSURANCE CO. and against plaintiffs, CLAY R. BOYD and CODY W. BOYD, denying and dismissing with prejudice plaintiffs' claims in their entirety.

MONROE, LOUISIANA, this 3 day of October, 2008.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE